```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MICHAEL MCDEVITT,                              :
:
           Plaintiff,                  :     **ORDER**
:
     -v-                                              :     21-CV-8249 (LAK) (JLC)
:
THE EXONE COMPANY, *et al.*,             :
:
           Defendants.              :
:
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      Plaintiff commenced this action by filing a complaint on October 6, 2021 (Dkt. No. 1).  On October 12, 2021, Judge Kaplan referred the case to me (Dkt. No. 3).  To date, plaintiff has not filed proof of service of process, nor has an appearance otherwise been made by counsel on behalf of the defendants.  In light of the foregoing, plaintiff is hereby directed to file a letter, no later than close of business on **February 16, 2022,** explaining why this action should not be dismissed for failure to prosecute, given that the deadline for service to be completed was January 4, 2022 pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

      **SO ORDERED.**

Dated: February 2, 2022
       New York, New York

                                                      _____
                                                    JAMES L. COTT
                                                    United States Magistrate Judge